Eastern District of Kentucky
**FILED**
MAY 23 2024
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

UNITED STATES OF AMERICA

V.                                                                INDICTMENT NO. 6:24-CR-034-REW

**FELIX LEWIS JR.,**
    **aka PETE LEWIS**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**21 U.S.C. § 846**

On or about a day in January 2021, the exact date unknown, and continuing through on or about January 14, 2023, in Perry County, in the Eastern District of Kentucky, and elsewhere,

**FELIX LEWIS JR.,
aka PETE LEWIS,**

did conspire with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about December 11, 2022, in Perry County, in the Eastern District of Kentucky,

**FELIX LEWIS JR.,
aka PETE LEWIS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit, a (1) Taurus, Model PT111, 9mm pistol with serial number TGT08342; and a (2) Ruger .357 caliber revolver with serial number 158-55481, which had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about January 14, 2023, in Perry County, in the Eastern District of Kentucky,

**FELIX LEWIS JR.,
aka PETE LEWIS,**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
### 18 U.S.C. § 924(c)(1)(A)

On or about January 14, 2023, in Perry County, in the Eastern District of Kentucky,

**FELIX LEWIS JR.,
aka PETE LEWIS,**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he

may be prosecuted in a Court of the United States, as set forth in Count 3, that is, possession with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 5
### 18 U.S.C. § 922(g)(1)

On or about January 14, 2023, in Perry County, in the Eastern District of Kentucky,

**FELIX LEWIS, JR.,
aka PETE LEWIS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Hi-Point, Model JHP, .45 caliber pistol with serial number X4302328, which had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Counts 1 and 3 of the Indictment, **FELIX LEWIS JR., aka PETE LEWIS,** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. §§ 846 and 841. Any and all interest that **FELIX LEWIS JR., aka PETE LEWIS,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2, 4, and 5 of the Indictment, **FELIX LEWIS JR., aka PETE LEWIS,** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922(g) and/or 924. Any and all interest that **FELIX LEWIS JR., aka PETE LEWIS,** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following seized from **FELIX LEWIS, JR., aka PETE LEWIS**:

**FIREARMS AND AMMUNITION:**
   a. Taurus, Model PT111, 9mm pistol with serial number TGT08342, seized on December 11, 2022;
   b. Ruger, .357 caliber revolver with serial number 158-55481, seized on December 11, 2022;
   c. Hi-Point, Model JHP, .45 caliber pistol with serial number X4302328, seized on January 14, 2023; and
   d. All associated ammunition, magazines, and accessories.

**CURRENCY:**
$909.00 in United States currency, seized on January 14, 2023.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

_____
**CARLTON S. SHIER IV
UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

### COUNTS 2 & 5:

Not more than 15 years imprisonment, not more than a $250,000 fine, and 3 years of supervised release.

### COUNT 3:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior felony drug conviction**: Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 4:

Not less than 5 years nor more than life imprisonment, to be served consecutive to any term of imprisonment imposed for any other offense, not more than a $250,000 fine, and not more than 5 years of supervised release.

| | |
|---|---|
| **PLUS:** | Forfeiture of all listed property. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |